Opinion issued July 29, 2010

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00157-CV

____________

 

HARRIS COUNTY, TEXAS, Appellant

 

V.

 

JESUS KASSIS MUSSA, Appellee

 

 

 



On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 823846

 

 

 



MEMORANDUM
OPINION

          The parties
have filed a joint motion to dismiss their appeal.  No opinion has issued.  Accordingly, the motion is granted, and the
appeal is dismissed.  Tex. R. App. P. 42.1(a)(2).








          All other
pending motions in this appeal are overruled as moot.  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER
CURIAM

Panel consists of Justices Keyes, Hanks , and Higley.